IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES PRICE, as Administrator and Personal Representative of the Estate of Ethan Bishop Price, <br><br> Plaintiff, <br><br> v. <br><br> HOLY LAND LOGISTICS, INC. and AL-SHAIKH FALAH AHMAD, <br><br> Defendants. | Case No. 2:23-cv-138-CWB |

## ORDER

Before the court is a filing styled "Notice of Dismissal" (Doc. 28), wherein Plaintiff seeks to dismiss this action with prejudice. The court will construe the filing as a motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Upon consideration thereof, it is hereby **ORDERED** that this action is dismissed with prejudice. Costs shall be taxed as paid. The Clerk of Court is **DIRECTED** to close the matter in its entirety.

**DONE** this the 25th day of January 2024.

CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE